01-15-00804-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

September 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 1:24:21 PM
CHRISTOPHER A. PRINE
Clerk

SHANNON BALDWIN
ATTORNEY OF RECORD
1776 YORKTOWN DR. STE #350
HOUSTON TX 77056

Defendant's Name: KELLY JO IVEY

Cause No: 1449456

Court: 208TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/11/15
**Sentence Imposed Date:** 09/11/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** SHANNON BALDWIN

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

CHERYL PIERCE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

# THE STATE OF TEXAS

Kelly Jo Ivey

V.

, A/K/A/ _____

_____ 208 _____ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On _September 11, 2015_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

_____
**Date**

Kelly Jo Ivey

**Defendant (Printed name)**

**F I L E D**
Chris Daniel
District Clerk

SEP 11 2015

Time:_____
Harris County, Texas

By_____

_____
**Attorney (Signature)**

Shannon B. Baldwin

**Attorney (Printed name)**

24034314

**State Bar Number**

1776 Yorktown Dr. Ste. 350

**Address** Houston, TX 77056

713-664-6800

**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

Kelly Jo Ivey

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ SEP 11 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___SEP 1 1 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

    ☑ Counsel's motion to withdraw is **(GRANTED)** / **DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

    ☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS:**

    ☐ SET at $ _____

    ☐ TO CONTINUE as presently set

    ☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED _____ **SEP 1 1 2015**

_____
JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____,
HARRIS COUNTY, TEXAS




Cause No. 1449456

| THE STATE OF TEXAS | IN THE 208 DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| Kelly Solvey , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

**SEP 11 2015**

Harris County, Texas
By _____
Deputy

_____
Judge

SEP 11 2015 Time: _____
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP P. 68.2  I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit.  I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 24034314

Mailing Address: 1776 Yorktown Dr. X-350

Telephone number. 713 664 6800

Fax number (if any): 281 404 9021

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

# APPEAL CARD

1st

Court 9208    11-10-15    Cause No. ~~144454~~

## The State of Texas

Kelly JD Ivey

Vs

Date Notice
Of Appeal: 9-11-15   SEP 11 2015

Presentation:                    Vol._____ Pg._____

Judgment:                        Vol._____ Pg._____

Judge Presiding Collins, Denise
Court Reporter Perez, Sherri
Court Reporter_____
Court Reporter_____

Attorney
on Trial  Shannon Baldwin

Attorney
on Appeal_____

        Appointed ✓  Hired_____

Offense Intoxication Manslaughter

Jury Trial:    Yes ✓   No_____

Punishment
Assessed  60 yrs TDC w/ $10,000 fine

Companion Cases
(If Known)  N/A

Amount of
Appeal Bond  ∅

Appellant
Confined:    Yes ✓   No_____

Date Submitted    Sep 11 2015
To Appeal Section_____

Deputy Clerk  EClerk

997/22